In re Larkins.

(No. 76-367—Decided October 27, 1976.)

Ms. Eugenia Hauber, Mr. Robert B. Newman and Ms. Janet R. Eaton, for appellant.

Messrs. Nippert & Nippert and Mr. Louis Nippert, for appellee, Christ Hospital.

Per Curiam. Appellant's amended petition for a writ of habeas corpus seeks release on the ground of a claimed denial of due process because of the alleged inadequate representation by counsel at the time of appellant's commitment.

There is nothing in the record of this habeas corpus proceeding before the Court of Appeals to support the claims made by appellant.

The judgment of the Court of Appeals dismissing appellant's amended petition in habeas corpus is, accordingly, affirmed.

*Judgment affirmed.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, CELEBREZZE, W. BROWN and P. BROWN, JJ., concur.